UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA WHITE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SOCIAL SECURITY ADMINISTRATION, et al.,<br><br>    Defendants. | Case No. 14-cv-05604-JST<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO STAY DISCOVERY PENDING ORDER ON MOTION TO DISMISS**<br><br>Re: ECF No. 26 |

Before the Court is Federal Defendants' Administrative Motion to Stay Discovery Pending Order on Motion to Dismiss. ECF No. 26. Defendants request an order staying discovery until after the initial case management conference and the issuance of the Court's order on Defendants' motion to dismiss. Id.

Civil Local Rule 7-11 governs motions "with respect to miscellaneous administrative matters, not otherwise governed by a federal statute, Federal or local rule or standing order of the assigned judge," including "matters such as motions to exceed otherwise applicable page limitations or motions to file documents under seal." Requests to stay discovery are governed by Federal Rule of Civil Procedure 26(c), and should be presented in a noticed motion pursuant to Civil Local Rule 7-2.

Defendant's motion is therefore denied without prejudice. The parties are reminded that a motion for a protective order "must include a certification that the movant has in good faith

/ / /
/ / /
/ / /
/ / /
/ / /

1 conferred or attempted to confer with other affected parties in an effort to resolve the dispute
2 without court action." Fed. R. Civ. P. 26(c)(1).
3     IT IS SO ORDERED.
4 Dated: June 23, 2015



JON S. TIGAR
United States District Judge