1 | MELINDA HAAG (CABN 132612)
United States Attorney
2 | ALEX G. TSE (CABN 152348)
Chief, Civil Division
3 | JENNIFER S WANG (CABN 233155)
Assistant United States Attorney
4
5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6967
6 | FAX: (415) 436-6748
jennifer.s.wang@usdoj.gov
7
Attorney for Federal Defendant
8

9 | Ryan Thomas Dunn
DUNN & PANAGOTACOS LLP
10 | 369 Pine Street, Suite 506
San Francisco, CA 94101
11 | Telephone: (415) 982-2100
FAX: (415) 982-2119
12 | Email: rdunn@dpllp.com

13 | Attorney for Plaintiffs

14 UNITED STATES DISTRICT COURT

15 NORTHERN DISTRICT OF CALIFORNIA

16 SAN FRANCISCO DIVISION

17

18 | JODIE WHITE, an individual, LISA WHITE, ) Civil Action No. C14-5604 JST
an individual, J.S. a minor by and through his )
19 | guardian ad litem LISA WHITE, )
) **STIPULATION AND [PROPOSED] ORDER TO**
20 |   Plaintiffs, ) **CONTINUE INTIAL CASE MANAGEMENT**
) **CONFERENCE AND EXTEND DEADLINE TO**
21 |   v. ) **RESPOND TO AMENDED COMPLAINT**
)
22 | UNITED STATES OF AMERICA, SOCIAL )
SECURITY ADMINSITRATION, RYAN )
23 | LUIS, and DOES 1-20, inclusive, )
)
24 |   Defendants. )
)
25 |   )

26
   Plaintiffs and federal defendant (hereinafter, "the parties"), by and through their counsel of
27
record, hereby stipulate and agree as follows:
28

STIP. TO EXTEND CONTINUE CMC AND EXTEND DEADLINE TO RESPOND TO AM. COMPL.
C14-5604 JST

1. On June 24, 2015, the Court granted Federal Defendant's Motion to Dismiss the plaintiffs' Complaint. The Court provided plaintiffs leave to file an amended complaint and set an initial case management conference for August 19, 2015, at 2:00 p.m.

2. On July 6, 2015, pursuant to a stipulation by the parties, the Court extended plaintiffs' deadline to file an amended complaint from July 8, 2015 to July 22, 2015, and set August 10, 2015 as the deadline to file a response to the amended complaint.

3. Plaintiffs filed an amended complaint on July 22, 2015. Federal defendant has informed plaintiffs that it anticipates filing a motion to dismiss the amended complaint, and plaintiffs have stated that they will oppose the motion. The parties are currently engaged in discussions regarding the federal defendant's request to stay discovery until after a decision on the anticipated motion to dismiss is filed.

4. To allow the parties additional time to complete meet and confer efforts regarding the timing of discovery, the parties respectfully request that the deadline for a response to the amended complaint be extended from August 10, 2015 until August 13, 2015. The parties further respectfully request that the initial case management conference currently set for 2:00 p.m. on August 19, 2015, be continued until September 23, 2015 at 2:00 p.m. The parties believe that continuing the initial case management conference until September 23, 2015, will permit the briefing on the federal defendant's anticipated motion to dismiss to be completed prior to the initial case management conference.

IT IS SO STIPULATED.

        Respectfully submitted,

        MELINDA HAAG
        United States Attorney

Dated: August 5, 2015        /s/
        JENNIFER S WANG
        Assistant United States Attorney

Dated: August 5, 2015                    /s/
                                         Ryan Thomas Dunn
                                         DUNN & PANAGOTACOS LLP
                                         Attorney for Plaintiffs

## [PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause having been shown, the Court orders that the deadline to respond to the amended complaint in this action is extended from August 10, 2015 until August 13, 2015. The Court further orders that the initial case management conference currently set for August 19, 2015 at 2:00 p.m. is continued until September 23, 2015 at 2:00 p.m. The parties will file a joint case management statement by September 9, 2015.

IT IS SO ORDERED.

DATED:   August 7, 2015

IT IS SO ORDERED
Judge Jon S. Tigar

STIP. TO EXTEND CONTINUE CMC AND EXTEND DEADLINE TO RESPOND TO AM. COMPL.
C14-5604 JST