UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LISA WHITE, et al.,

        Plaintiffs,

  v.

SOCIAL SECURITY ADMINISTRATION, et al.,

        Defendants.

Case No. 14-cv-05604-JST

**MINUTE ORDER NOTING DISMISSAL**

Re: ECF No. 39

The parties have filed a stipulation of dismissal dated August 25, 2015, stating that they agree to the dismissal of this action. ECF No. 39. Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: August 26, 2015

                                              JON S. TIGAR

                                        United States District Judge